UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-24274-FAM

GUILLERMO PINA, on behalf of himself
and All Others Similarly Situated,

    Plaintiff,

v.

FEDEX FREIGHT, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the Confidential General Release and Settlement Agreement (the "Settlement Agreement") reached between the parties and their Joint Motion for Approval of Settlement Agreement (ECF No. 36). I have reviewed the Joint Motion for Approval of Settlement Agreement, the record, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Court having reviewed the terms of the Settlement Agreement and being otherwise fully advised in the premises, the Court finds:

1. Plaintiff's Complaint involves claims arising under the Fair Labor Standards Act, 29 U.S.C. §201-216, *et seq.* ("FLSA").

2. Plaintiff and Defendant have amicably settled all the controversies involved in this case. The essential elements of the settlement are described in the Settlement Agreement.

3. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a *bona fide* dispute over FLSA provisions.

- 2 -

Therefore, it is **ORDERED AND ADJUDGED:**

1. The Parties' Joint Motion to Approve Settlement (ECF No. 36) is hereby **GRANTED**;

2. The Parties' Settlement Agreement is **APPROVED**;

3. The case is **DISMISSED** *with prejudice*;

4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement for a period of thirty days;

5. All pending motions, if any, are **DENIED** as moot; and

6. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of June 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record*